| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID:  AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 219066-4<br>Attorneys for Movant:  Select Portfolio Servicing, Inc., as servicing agent for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 | |
| In Re:<br><br>Lauri A Maxwell *aka* Lauri McClafferty | Case No.:  16-27661-ABA<br>Chapter 13<br><br><br><br>Judge:  Andrew B. Altenburg, Jr. |

Order Filed on May 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTOR AND 11 U.S.C. § 1301(c) AS TO CO-DEBTOR STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: May 9, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc., as servicing agent for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtor, Lauri A Maxwell aka Lauri McClafferty, and under 11 U.S.C. § 1301(c) as to Co-Debtor, Charles C. Maxwell, IV, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**5596 Oak Street, Mays Landing, NJ 08330**

ORDERED that Movant shall be permitted to communicate with the Debtor, Co-Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor, Co-Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.