**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Lauri A Maxwell

Case No.: 16-27661

Hearing Date: 

Chapter: 13

Judge: ABA

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Andrew B. Altenburg Jr. , United States Bankruptcy Judge.

**Reason for Hearing:**  Objection to Trustee's Certification of Default

**Location of Hearing:**  Courtroom No. 4B
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:**  1/12/2018 at 9:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: December 7, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on December 7, 20 17 this notice was served on the following:

Debtor(s)
Debtor(s) Attorney, if any
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Lauri A Maxwell  
    Debtor

Case No. 16-27661-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
db         #+Lauri A Maxwell,   5596 Oak Street,   Mays Landing, NJ 08330-3371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Ce bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Seymour Wasserstrum    on behalf of Debtor Lauri A Maxwell mylawyer7@aol.com, ecf@seymourlaw.net
                                                                                                                     TOTAL: 6