Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16−27661−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauri A Maxwell
   aka Lauri McClafferty
   408 Union St
   Milton, DE 19968

Social Security No.:
   xxx−xx−3752

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 16, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-27661-ABA
Lauri A Maxwell                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Aug 16, 2019
                             Form ID: 148          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db              +Lauri A Maxwell,    408 Union St,    Milton, DE 19968-1624
516392518       +Atlantic County Special Civil,    1201 Bacharach Blvd.,    Atlantic City, NJ 08401-4510
516392519       +Bayfront Emergency Physicians,    Po Box 3012,    Wilmington, DE 19804-0012
516392521       +Collections And Recoveries,    331 Tilton Road,    Northfield, NJ 08225-1292
516392523       +Dr. Vivekkumar Dasondi,    Po Box 195,    Northfield, NJ 08225-0195
516392525       +Galloway Twp Ambulance Squad,    c/o DM Medical,    PO Box 1016,    Voorhees, NJ 08043-7016
516421589       +HESSA,    PO Box 548,    Trenton, NJ 08625-0548
516392527       +Hessa,    P.O. Box 528,    Newark, NJ 07101-0528
516392531       +Motor Vehicle Commission,    PO Box 4850,    State Of New Jersey,    Trenton, NJ 08650-4850
516392532       +Motor Vehicle Commission,    PO Box 136, 4th Floor West,    Surcharge Admin Office,
                 Trenton, NJ 08666-0136
516513685       +NJSVS, Surcharge Violation System Office,    NJSVS Bankruptcy Unit,    PO Box 4850,
                 Trenton, NJ 08650-4850
516392533       +North Shore Agency,    4000 East Fifth Ave,    Columbus, OH 43219-1811
516392534        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516392539       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516392538       +South Jersey Gas,    Po Box 577,    Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577
516392540       +The Bureaus,    650 Dundee Rd Suite 370,    c/o capital one card,    Northbrook, IL 60062-2757
516806651       +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
516552467       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516605549        Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2019 01:00:48    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2019 01:00:45    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/Text: bankruptcy@pepcoholdings.com Aug 17 2019 01:00:21    Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
516392517        E-mail/Text: bankruptcy@pepcoholdings.com Aug 17 2019 01:00:22
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516535996       +EDI: PRA.COM Aug 17 2019 04:13:00    Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516392522        EDI: COMCASTCBLCENT Aug 17 2019 04:13:00    Comcast,    PO Box 3006,
                 Southeastern, PA 19398-3006
516392524       +EDI: AMINFOFP.COM Aug 17 2019 04:13:00    First Premier Bank,    3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
516392530        EDI: IRS.COM Aug 17 2019 04:13:00    Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
516392535       +E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2019 01:01:54
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
516392536       +E-mail/Text: jboehler@shorememorial.org Aug 17 2019 01:01:54    Shore Medical Center,
                 100 Medical Center Way,    Somers Point, NJ 08244-2300
516392541        EDI: TFSR.COM Aug 17 2019 04:13:00    Toyota Motor Credit Corp,    5005 N. River Blvd.,
                 Cedar Rapids, IA 52411
516392542       +EDI: WFFC.COM Aug 17 2019 04:13:00    Wells Fargo Bank,    P.O. Box 14517,
                 Des Moines, IA 50306-3517
516606453       +EDI: WFFC.COM Aug 17 2019 04:13:00    Wells Fargo Bank NA,    PO Box 5058,    MAC P6053-021,
                 Portland, OR 97208-5058
516618753        E-mail/Text: jennifer.chacon@spservicing.com Aug 17 2019 01:01:54
                 Wells Fargo Bank, National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                          TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516392529*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
516392528*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516392537*      +Shore Medical Center,    100 Medical Center Way,    Somers Point, NJ 08244-2300

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Aug 16, 2019
                             Form ID: 148              Total Noticed: 33
```

```
516392520     ##+Charles Maxwell,    5596 Oak Street,    Mays Landing, NJ 08330-3371
516392526     ##+Gary Dinenberg, Esquire,    1109 South Main St, Po Box 875,    Pleasantville, NJ 08232-0875
                                                              TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:

```
              Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for
               the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through
               Certificates, Series 2006-FF17 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent
               for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin
               Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Ce bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for
               the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through
               Certificates, Series 2006-FF17 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Seymour Wasserstrum    on behalf of Debtor Lauri A Maxwell mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                         TOTAL: 7
```